■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE CASTRO, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about February 21, 2001, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Buckley, Gonzalez and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDUL BOYD, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on or about December 1, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Buckley, Gonzalez and Sweeny, JJ.